UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN TYLER COLBOURN,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COURTHOUSE, et al.,<br><br>Defendants. | No.  2:23-cv-02316-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 16) |

Plaintiff Orrin Tyler Colbourn is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On September 13, 2024, the assigned magistrate judge screened Plaintiff's operative first amended complaint and found that Plaintiff had still failed to state any cognizable claims, despite having received guidance from the court regarding the contents of his amended complaint. (Doc. No. 16.) Consequently, also on September 13, 2024, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to Plaintiff's failure to state a cognizable claim upon which relief may be granted. (*Id.*) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 2.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to

do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 13, 2024 (Doc. No. 16) are adopted in full;
2. This action is dismissed due to Plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 7, 2024**

_____
Dena Coggins
United States District Judge

2